**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

STEVE ROSENBERG,

Plaintiff,

V.

FRANK FARRICKER,

Defendant.

## CIVIL COMPLAINT

Plaintiff, Steve Rosenberg ("Plaintiff"), by and through its counsel, Roderick D. Woods, Esq., as and for its Complaint against the Defendant, Frank Farricker ("Defendant"), respectfully states and alleges as follows:

## JURISDICTION AND VENUE

1. Plaintiff, Steve Rosenberg, is a natural person residing in Toms River, New Jersey.

2. Plaintiff is a citizen of New Jersey.

3. Defendant, Frank Farricker, is a nature person, upon information and belief, residing Norwalk, Connecticut.

4. Defendant is a citizen of Connecticut.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

6. Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b)(1) because the Defendants resides in this District.

7. Venue is also appropriate in this District pursuant to 28 U.S.C. § 1391(b)(1) because the material acts and omissions giving rise to Plaintiff's claims occurred in this District.

## FACTUAL ALLEGATIONS

8. At all times relevant to this action, Plaintiff was engaged in business transactions with Defendant, and one or more additional persons, including Michael Steinberg.

9. On or about February 13, 2026, Plaintiff and Defendant exchanged a series of e-mails.

10. Michael Steinberg was cc'd on the emails.

11. On or about February 13, 2026, Defendant sent e-mail to Plaintiff and to Mr. Steinberg.

12. The Defendant's February 13, 2026 e-mail accused Plaintiff of engaging in a "series of frauds." Attached hereto and made a part hereof is a true and accurate copy of the February 13, 2026 e-mail annexed as Exhibit "**A**."

13. This statement was and is false.

14. The false statement was published to Mr. Steinberg.

15. The e-mail further stated that Defendant was damaged by Plaintiff's "falsehoods and outright lies." *See*, Exhibit "**A**."

16. This statement was and is false.

17. The false statement was published to Mr. Steinberg.

18. Plaintiff suffered and continues to suffer economic damages exceeding $1,000,000.00 as a direct and proximate consequence of Defendant's demonstrably false statements which were published to third parties, including Mr. Steinberg.

**COUNT I: DEFAMATION**

19. Plaintiff repeats, reiterates, and realleges each and every allegation contained in this Complaint as if fully set forth herein.

20. Defendant made false statements of fact.

21. The false statements identified the Plaintiff.

22. The false statements caused and continue to cause Plaintiff economic damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Steve Rosenberg, respectfully requests that this Court enter judgment in his favor and against Defendant, Frank Farricker, granting the following relief:

A. An award of compensatory damages for Defendant's defamatory statements, together with punitive damages, reasonable attorneys' fees, and such other and further relief as this Court deems just and equitable.

Dated: November 10, 2026

RODERICK D. WOODS, ESQ.
Roderick D. Woods, P.C.
Attorneys for Plaintiff
880 Third Avenue, Fifth Floor
New York, New York 10022
(212) 653-8754 (Tel.)
(212) 656-1555 (Fax)
Roderick.woods@rdw-law.com