Gmail

Roderick Woods <roderickdwoods@gmail.com>

## Defamation e-mail

**Steve Rosenberg** <steve@srkmgmt.com> Wed, Oct 7, 2026 at 2:52 PM
To: Roderick Woods <roderickdwoods@gmail.com>
Cc: Roderick Woods <roderickdwoods@gmail.com>

Begin forwarded message:

**From:** Frank Farricker <frankfarricker@gmail.com>
**Date:** February 15, 2026 at 11:23:15 AM EST

Cc:

**Subject: Re: Documents for your signature**

I'll send a zoom for 1030 tomorrow morning

On Feb 15, 2026, at 10:14 AM, Steve Rosenberg <steve@srkmgmt.com> wrote:

Ok,

Ill try by 3pmmy best prob unlikely, its presidents day tomorrow lets do 10:30 teams or zoom ?

---

**From:** Frank Farricker <frankfarricker@gmail.com>
**Sent:** Sunday, February 15, 2026 11:10 AM
**To:** Steve Rosenberg <steve@srkmgmt.com>
**Cc:** Michael Steinberg <msprotege08@yahoo.com>
**Subject:** Re: Documents for your signature

I have a family commitment from 3pm through the evening. I am free from now to then, and again at 9AM

On Feb 15, 2026, at 9:11 AM, Steve Rosenberg <steve@srkmgmt.com> wrote:

Gm,

Does tonight 8pm work for a zoom.

On Feb 13, 2026, at 5:21 PM, Frank Farricker <frankfarricker@gmail.com> wrote:

Ok

On Feb 13, 2026, at 3:52 PM, Steve Rosenberg <steve@srkmgmt.com> wrote:

Let's pick it up tomorrow.

Will decide one or the other.

On Feb 13, 2026, at 4:50 PM, Frank Farricker <frankfarricker@gmail.com>
wrote:

I can't get there, and there is no time to waste as the state agencies want to cut the cord unless I can resolve. You're welcome to come to New Orleans if you can make it. Otherwise we can zoom

On Fri, Feb 13, 2026 at 4:46 PM Steve Rosenberg <steve@srkmgmt.com> wrote:

> If we need Michael, happy to fly him in.
>
> On Feb 13, 2026, at 4:43 PM, Steve Rosenberg <steve@srkmgmt.com> wrote:
>
> I feel a in person meeting will be much more effective.
>
> On Feb 13, 2026, at 4:42 PM, Frank Farricker <frankfarricker@gmail.com> wrote:
>
> I am out of state but can have a call monday or wednesday
>
> On Fri, Feb 13, 2026 at 4:34 PM Steve Rosenberg <steve@srkmgmt.com> wrote:
>
> > Frank,
> >
> > These threats are pointless and worthless and sound stupid. We both have enough to go around and do the song and dance for litigation and spend thousands.
> >
> > That being said, If you would like to meet this week and finalize a game plan to get this over the finish line I'm more then willing and available to get this amicably done in the best interest.
> >
> > Let me know your availability.
> >
> > On Feb 13, 2026, at 3:25 PM, Frank Farricker <frankfarricker@gmail.com> wrote:
> >
> > Steve;
> >
> > Enclosed are one document related to the New Hampshire transaction, and three documents related to the Dorchester transaction that will serve to conclude the transaction and result in a sale in each case. I need you to sign by 12:00PM, tuesday February 17, 2026.
> >
> > Having demonstrated your lack of respect for me, Mike, and the process, should you

not sign the documents, you leave me absolutely no choice but to begin significant legal action. I would like to give you a summary of what we have been contemplating in the last few days, and see if you are prepared and interested in doing this

1) I will be personally be suing you in the state of Louisiana, where I am a resident and where most of our conversations took place. We haven't found all the citations yet, but essentially we believe you engaged in a series of frauds against me personally. We will likely be looping in all the members of SRK, Genesis Management, and likely Jeff, and of course Michael Herschler as well. It will likely grow beyond that, but the most important thing is you will all have to come down here to work this matter out.

2) Lockwood and Mead Real Estate will be suing you, your entities and anyone else part of this fraud in Connecticut, where lockwood is incorporated. Lockwood, as acknowledged by your signature, is the developer of

these projects and has been caused grave damage by your falsehoods and outright lies. Furthermore is the reputational damage you have caused it by bringing you into the tax credit structure without honest disclosure of your legal and financial misstatements. You can deny all you want, but there is little doubt that we have overwhelming right to exhaustive discovery of you and pretty much everybody who came near these transactions. And I mean everybody.

3) The ownership entities in Virginia and New Hampshire will be sued for various breaches and mis-statements, and for monies that were caused for us to spend based on bad faith. We will look to attach the properties for as long as is necessary to resolve these issues. These will have to take place in the City of Franklin VA and Sullivan County, NH.

I have lawyers working in all four places now setting the stage for our upcoming lawsuits and I expect to start serving you in early March, should you decide you are smarter, or that you expect that I will fold

up. I have been down far worse legal fights, this one should be at the minimum entertaining as every business associate who has told me really interesting things about you in secret over the last couple of weeks has to go public. I can't really believe how you are in business with what I have heard from people around you.

Don't forget all the things you did that will have larger and better capitalized lawyers suing you as well, including Baker Tilly for misappropriation of funds from a loan you spent on who-knows-what, whether Cinnaire wants to go after you for the misrepresentations you made, I don't know. Architect Jonathan will certainly be suing and has the absolute right under New Hampshire law to attach the Claremont property, as do the Virginia architects. We will check to see whether you made misstatements associated with the HUD loan in New Hampshire and, if so, will self-report along with the Fannie Mae loan on Dorchester. New Hampshire Housing will be coming for expenses and costs

and will likely attach the property, and they will also be shooting to remove you, I think. We both know the problems you have with HUD in Dorchester, which won't go away.

You can of course decide you can always get out of this stuff, or you maybe know something is going to happen to you and none of this matters,which was what someone I used to know did before she went to jail, so I can't answer that. I can only say that what happens next is not going to be positive for anyone, but if it needs to be done I am going to see it all the way through.

Sign the documents and lets close, and you have your eyes open about it.

Frank

<Dorchester Apartment MM, LLC - Resignation of Manager and Appointment of Successor Manager.docx>
<Dorchester Apartment MM, LLC - Membership Interest Assignment.doc>
<First Amendment to Option to Purchase.docx>
<First Amendment to Option Agreement - revised 2.13.26 NEW HAMPSHIRE.docx>